| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | VINCENZA RABENN |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00163-DAD-BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| vs. | ) CONFERENCE; ORDER |
| GUAYMAR CABRERA-HERNANDEZ, | ) Date: September 20, 2017 |
| | ) Time: 2:00 p.m. |
| | ) Judge: Hon. Barbara A. McAuliffe |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for the plaintiff, and Assistant Federal Defender Eric Kersten, counsel for defendant Travis McGuire, that the status conference currently scheduled for August 30, 2017 at 10:00 p.m. be continued to September 20, 2017 at 2:00 p.m. The Court has requested the continuance based upon its availability and the availability of counsel for the parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the September 20, 2017 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: August 8, 2017
*/s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 8, 2017
*/s/ Eric Kersten*
ERIC KERSTEN
Assistant Federal Defender
Attorney for Defendant
GUAYMAR CABRERA-HERNANDEZ

## O R D E R

**IT IS SO ORDERED** that the First Status Conference is continued from August 30, 2017 to September 20, 2017at 2:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __**August 8, 2017**__          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE