HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
GUAYMAR CABRERA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:17-cr-00163 DAD-BAM |
|---|---|---|
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON |
| vs. | ) ) | |
| GUAYMAR CABRERA HERNANDEZ, | ) ) ) | DATE: March 19, 2018 |
| *Defendant.* | ) ) ) ) | TIME:   10:00 a.m. JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Guaymar Cabrera Hernandez, that the sentencing hearing scheduled January 16, 2018, may be continued to March 19, 2018, or the soonest date thereafter convenient to the court.

For security reasons Mr. Cabrera Hernandez is being housed at USP Atwater during the pendency of these proceedings, and the Bureau of Prisons will only transport Cabrera Hernandez to Fresno for scheduled court hearings.  Consequently, probation, defense counsel and an interpreter must be cleared by the Bureau of Prisons and travel to Atwater to conduct the presentence interview of Mr. Cabrera Hernandez.  To accommodate the delay resulting from this

process, and scheduling issues resulting from the holidays, this continuance is requested to allow additional time to conduct Mr. Cabrera Hernandez's presentence interview and prepare his presentence report.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for effective defense investigation and preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)..

                                       PHILIP A. TALBERT
                                       United States Attorney

Dated:  December 1, 2017             */s/ Vincenza Rabenn*
                                       VINCENZA RABENN
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

                                       HEATHER E. WILLIAMS
                                       Federal Defender

Dated:  December 1, 2017            */s/ Eric V. Kersten*
                                       ERIC V. KERSTEN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       GUAYMAR CABRERA HERNANDEZ

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 16, 2018, is continued until March 19, 2018, at 10:00 a.m. in  courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **December 2, 2017**                                    
                                                      UNITED STATES DISTRICT JUDGE